| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| Albert Russo<br>Cn 4853<br>Trenton, NJ  08650-4853<br>(609) 587-6888<br>Standing Chapter 13 Trustee | **Order Filed on February 17, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Francillia Riviere<br><br>Debtor(s) | Case No.: 20-18611 / CMG<br><br>Hearing Date:  10/21/2020<br><br>Judge: Christine M. Gravelle<br><br>Chapter: 13 |

# AMENDED ORDER CONFIRMING CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 17, 2021**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

The plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the plan of the above named debtor, dated 07/25/2020, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 60 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

> $450.00 PAID TO DATE
>
> $622.00 for 57 months beginning 11/1/2020

**ORDERED** that the case is confirmed with a calculated plan funding of $35,904.00. General unsecured creditors are scheduled to receive a pro-rata dividend of funds available.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** that the Pre-Confirmation Certification of Compliance must be filed by 11/9/2020.

**ORDERED** that the claim of Midfirst Bank, court claim #5-1, will be paid as if in the plan, and the Trustee is authorized to pay such claim.

**ORDERED** that if the debtor has provided for a creditor to be paid in the plan and no Proof of Claim is filed by such creditor before expiration of the applicable bar date, the debtor, pursuant to F.R.B.P. 3004, must file a Proof of Claim on behalf of the creditor within 30 days of the expiration of the applicable bar date. If the time period pursuant to F.R.B.P. 3004 has expired, the debtor must file a Proof of Claim on behalf of the creditor **and** file a motion to allow the Trustee to pay the late filed claim, or the debtor may obtain a Consent Order with the creditor authorizing the Trustee to pay an amount certain in the plan.

**ORDERED** as follows:

Trustee shall pay creditor Windsong at East Brunswick Condominium Association, Inc., POC #6-1, a secured claim in the amount of $5,278.03. The unsecured portion, in the amount of $5,374.51, shall be paid pro rata with other general unsecured creditors pursuant to the terms of confirmation.

Trustee shall pay creditor Windsong at East Brunswick Property Owners Association, Inc., POC #7-1, a secured claim in the amount of $10,371.69. The unsecured portion, in the amount of $6,112.01, shall be paid pro rata with other general unsecured creditors pursuant to the terms of confirmation.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 20-18611-CMG

Francillia Riviere                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                              User: admin                              Page 1 of 2
Date Rcvd: Feb 17, 2021                     Form ID: pdf903                        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

**Recip ID                 Recipient Name and Address**
db                     + Francillia Riviere, 169 Windsong Circle, East Brunswick, NJ 08816-5342

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021                                       Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:

**Name                        Email Address**

Albert Russo
                    docs@russotrustee.com

Denise E. Carlon
                    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com   bkgroup@kmllawgroup.com

Hubert C. Cutolo
                    on behalf of Creditor Windsong at East Brunswick Property Owners Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

Hubert C. Cutolo
                    on behalf of Creditor Windsong at East Brunswick Condominium Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Feb 17, 2021 | Form ID: pdf903 | Total Noticed: 1

Yakov Rudikh
        on behalf of Debtor Francillia Riviere rudikhlawgroup@gmail.com
        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 6