Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 20−18611−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francillia Riviere
   aka Francillia Stedman
   169 Windsong Circle
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−9380

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on February 17, 2021.

Dated: February 17, 2021
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-18611-CMG

Francillia Riviere  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 3
Date Rcvd: Feb 17, 2021  Form ID: plncf13  Total Noticed: 33

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Francillia Riviere, 169 Windsong Circle, East Brunswick, NJ 08816-5342 |
| cr | + | Windsong at East Brunswick Condominium Association, Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| cr | + | Windsong at East Brunswick Property Owners Associa, Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 518897558 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518897563 | + | Cutolo Barros LLC, 151 Highway 33 East Suite 204, Englishtown, NJ 07726-8635 |
| 518897567 | #+ | KML Law Group P.C., 216 Haddon Ave. Suite 406, Collingswood, NJ 08108-2812 |
| 518897568 | + | Middlesex County Chancery Division, P.O. Box 971, Trenton, NJ 08625-0971 |
| 518897571 | + | New Jersey Division of Taxation, P.O. Box 046, Trenton, NJ 08646-0046 |
| 518897573 | ++ | SPRINT, C O AMERICAN INFOSOURCE, 4515 N SANTA FE AVE, OKLAHOMA CITY OK 73118-7901 address filed with court:, Sprint, PO Box 4191, Carol Stream, IL 60197 |
| 518967132 | | Saint Peters University Hospital, c/o CHRI, PO Box 1289, Peoria, IL 61654-1289 |
| 518928502 | + | Windsong at East Brunswick Condominium Association, c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |
| 518897574 | + | Windsong at East Brunswick Property Owne, 21 Christopher Way, Eatontown, NJ 07724-3325 |
| 518928512 | + | Windsong at East Brunswick Property Owners Associa, c/o Cutolo Barros LLC, 46-50 Throckmorton Street, Freehold, NJ 07728-1973 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 17 2021 21:26:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 17 2021 21:26:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518901467 | | Email/Text: ebnbankruptcy@ahm.honda.com | Feb 17 2021 21:26:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518897559 | | Email/PDF: AIS.COAF.EBN@Americaninfosource.com | Feb 17 2021 23:48:14 | Capital One Auto Finan, Credit Bureau Dispute, Plano, TX 75025 |
| 518903769 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 18 2021 02:42:38 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518945442 | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Feb 18 2021 02:42:37 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 518907331 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 17 2021 23:57:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518897560 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Feb 17 2021 23:47:24 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518901435 | + | Email/Text: bankruptcy@cavps.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 17 2021 21:26:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 518897561 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 17 2021 21:25:00 | Comenitybank/victoria, Po Box 182789, Columbus, OH 43218-2789 |
| 518897562 | + | Email/Text: bankruptcy@credencerm.com | Feb 17 2021 21:27:00 | Credence Resource Mana, Po Box 2300, Southgate, MI 48195-4300 |
| 518904947 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Feb 17 2021 23:39:29 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518897565 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 17 2021 21:25:00 | Internal Revenue Service, 44 South Clinton Ave., Trenton, NJ 08601 |
| 518931026 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 17 2021 23:39:07 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518924213 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 17 2021 23:56:49 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 518897569 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 17 2021 23:38:28 | MidFirst Bank, 999 N.W. Grand Blvd Suite 100, Oklahoma City, OK 73118-6051 |
| 518897570 | + | Email/PDF: ais.midfirst.ebn@americaninfosource.com | Feb 17 2021 23:56:49 | Midland Mtg, Pob 268959, Oklahoma City, OK 73126-8959 |
| 518961653 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 23:47:41 | Portfolio Recovery Associates, LLC, c/o Pc Richard, POB 41067, Norfolk VA 23541 |
| 518897572 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 17 2021 23:38:51 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 518899005 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 17 2021 23:56:42 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518897566 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 9052, Andover, MA 01810 |
| 518897564 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 17, 2021 | Form ID: plncf13 | Total Noticed: 33 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Hubert C. Cutolo | on behalf of Creditor Windsong at East Brunswick Property Owners Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| Hubert C. Cutolo | on behalf of Creditor Windsong at East Brunswick Condominium Association  Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Yakov Rudikh | on behalf of Debtor Francillia Riviere rudikhlawgroup@gmail.com rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com |

TOTAL: 6