UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
52384
John R. Morton, Jr., Esq.
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for American Honda Finance Corporation, servicer for Honda Lease Trust

Order Filed on June 4, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FRANCILLIA RIVIERE

Case No.: 20-18611

Adv. No.:

Hearing Date: 4-21-21

Judge:  CMG

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2021**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Francillia Riviere
20-18611(CMG)
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
Page 2

This matter having been brought on before this Court on motion for stay relief and co-debtor stay filed by John R. Morton, Jr., Esq, attorney for American Honda Finance Corporation, servicer for Honda Lease Trust, with the appearance of Yakov Rudikh, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney and the non-filing co-debtor, Stephane Stedman under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation, servicer for Honda Lease Trust the owner and lessor of a 2019 Honda CRV bearing serial number 7FARW2H58KE046895 (hereinafter the"vehicle").

2. **Curing arrears:** To cure arrears, the debtor shall make the February lease payment by 4-21-21 and the March lease payment by 4-30-21. If the debtor fails to make either payment when due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman.

3. The debtor shall make the April lease payment over three consecutive months at $500 a month, beginning with the May 13, 2021. If the debtor fails to make any payment for a period of 15 days after if falls due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman.

4. After curing arrears, the debtor shall make all lease payments when due, being the 13TH day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the co-debtor, Stephane Stedman.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. American Honda Finance Corporation, servicer for Honda Lease Trust shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman..

6. The debtor shall pay to American Honda Finance Corporation, servicer for Honda Lease Trust through the plan, a counsel fee of $538 which shall be paid by the trustee as an administrative priority expense.