| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |  |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>52384<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for American Honda Finance Corporation, servicer for Honda Lease Trust | **Order Filed on June 4, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>FRANCILLIA RIVIERE | Case No.: 20-18611<br><br>Adv. No.:<br><br>Hearing Date: 4-21-21<br><br>Judge: CMG |

# ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2021**

_Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been brought on before this Court on motion for stay relief and co-debtor stay filed by John R. Morton, Jr., Esq, attorney for American Honda Finance Corporation, servicer for Honda Lease Trust, with the appearance of Yakov Rudikh, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney and the non-filing co-debtor, Stephane Stedman under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That American Honda Finance Corporation, servicer for Honda Lease Trust the owner and lessor of a 2019 Honda CRV bearing serial number 7FARW2H58KE046895 (hereinafter the"vehicle").

2. **Curing arrears:** To cure arrears, the debtor shall make the February lease payment by 4-21-21 and the March lease payment by 4-30-21. If the debtor fails to make either payment when due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman.

3. The debtor shall make the April lease payment over three consecutive months at $500 a month, beginning with the May 13, 2021. If the debtor fails to make any payment for a period of 15 days after if falls due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman.

4. After curing arrears, the debtor shall make all lease payments when due, being the 13TH day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief and co-debtor stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and his attorney and the co-debtor, Stephane Stedman.

5. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. American Honda Finance Corporation, servicer for Honda Lease Trust shall be listed as loss payee. In the event of a lapse of insurance for any period of time without intervening coverage, American Honda Finance Corporation, servicer for Honda Lease Trust shall receive stay relief by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney and the co-debtor, Stephane Stedman..

6. The debtor shall pay to American Honda Finance Corporation, servicer for Honda Lease Trust through the plan, a counsel fee of $538 which shall be paid by the trustee as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18611-CMG |
| Francillia Riviere | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 04, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol  Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Francillia Riviere, 169 Windsong Circle, East Brunswick, NJ 08816-5342 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Hubert C. Cutolo | on behalf of Creditor Windsong at East Brunswick Condominium Association Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| Hubert C. Cutolo | on behalf of Creditor Windsong at East Brunswick Property Owners Association Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com |
| Jason Brett Schwartz | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| John R. Morton, Jr. | |

on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh

on behalf of Debtor Francillia Riviere rudikhlawgroup@gmail.com
rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 8