Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−18611−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francillia Riviere
   aka Francillia Stedman
   169 Windsong Circle
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−9380

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/4/21 at 09:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 2019 Honda CRV. Fee Amount $ 188. filed by Creditor American Honda Finance Corporation, administrator for Honda Lease Trust, Motion for Relief from Co−Debtor Stay of Stephane Stedman) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation, administrator for Honda Lease Trust. Objection deadline is 07/14/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 7/15/21

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court