Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−18611−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Francillia Riviere
   aka Francillia Stedman
   169 Windsong Circle
   East Brunswick, NJ 08816

Social Security No.:
   xxx−xx−9380

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 8/4/21 at 09:00 AM

to consider and act upon the following:

*43* − Creditor's Certification of Default (related document:32 Motion for Relief from Stay re: 2019 Honda CRV. Fee Amount $ 188. filed by Creditor American Honda Finance Corporation, administrator for Honda Lease Trust, Motion for Relief from Co−Debtor Stay of Stephane Stedman) filed by John R. Morton Jr. on behalf of American Honda Finance Corporation, administrator for Honda Lease Trust. Objection deadline is 07/14/2021. (Attachments: # 1 Proposed Order # 2 Exhibit # 3 Certificate of Service) (Morton, John)

Dated: 7/15/21

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-18611-CMG |
| Francillia Riviere | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

**Recip ID        Recipient Name and Address**
db              + Francillia Riviere, 169 Windsong Circle, East Brunswick, NJ 08816-5342

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Albert Russo
                    on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                    docs@russotrustee.com

Denise E. Carlon
                    on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Hubert C. Cutolo
                    on behalf of Creditor Windsong at East Brunswick Condominium Association Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

Hubert C. Cutolo
                    on behalf of Creditor Windsong at East Brunswick Property Owners Association Inc. hcutolo@cutolobarros.com, ecourts@cutolobarros.com

Jason Brett Schwartz

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

        on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com

John R. Morton, Jr.
        on behalf of Creditor American Honda Finance Corporation administrator for Honda Lease Trust ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

Yakov Rudikh
        on behalf of Debtor Francillia Riviere rudikhlawgroup@gmail.com
        rudikhlawgroup@gmail.com;yrudikh@gmail.com;zk1313@gmail.com;R61945@notify.bestcase.com

TOTAL: 9